# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| The New York Times Company <br><br> -v- <br><br> United States Department of Treasury | Plaintiff, <br><br><br><br><br> Defendant. |

Case No. 08 CIV 8341(PGG)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

The New York Times Company                (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10 percent or more of its stock.

**Date:** September 16, 2008

**Signature of Attorney**

**Attorney Bar Code:** DM7708

Form Rule7_1.pdf  SDNY Web 10/2007