## CERTIFICATE OF SERVICE

I hereby certify that true copies of the Summons and Complaint and the Civil Cover Sheet were served by certified mail on:

Hon. Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Civil Process Clerk
U.S. Attorney's Office
1 St. Andrews Plaza
New York, NY 10007

Mr. Marshall Fields
Office of Resource Management
Office of Foreign Assets Control
Department of the Treasury
Washington, DC 20220

On September 29, 2008.

New York,
October 2, 2008

_David E. McCraw_
David E. McCraw

#:45391v1