UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES, and RON NIXON

           Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF TREASURY

           Defendant.

**ECF CASE**

08 Civ. 08341 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the February 11, 2009 conference in the above-captioned action is adjourned until February 11, 2009 at 11:30 am in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       February 5, 2009

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/09