```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES, and RON NIXON,

     Plaintiffs,

 - against -

UNITED STATES DEPARTMENT OF TREASURY,

     Defendant.

ECF CASE

08 Civ. 08341 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the February 11, 2009 conference in the above-captioned action is adjourned until February 23, 2009 at 3:30 pm in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
   February 11, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge