UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES, and RON
NIXON,

                      Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF
TREASURY,
                      Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09

ECF CASE

08 Civ. 08341 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS the parties in the above-captioned action submitted a letter to this Court dated April 15, 2009 consenting to entry of a thirty-day order dismissing this action with prejudice, it is hereby

    ORDERED that the above-captioned action shall be dismissed with prejudice; provided, however, that either side may apply to this Court by letter before **May 18, 2009** for restoration of this action to the Court's calendar. The Clerk of the Court is directed to close this case.

Dated: New York, New York
       April 16, 2009

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge